741 A.2d 81

IN THE MATTER OF SAMUEL MANDEL,
AN ATTORNEY AT LAW.

December 10, 1999.

## ORDER

The Disciplinary Review Board on June 17, 1999, having filed with the Court its decision in DRB 98–473 concluding that **SAMUEL MANDEL** of **MOORESTOWN,** who was admitted to the bar of this State in 1968, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(d) (failure to turn over file to new attorney), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **SAMUEL MANDEL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.